[No. 20084-8-II.    Division Two.    May 23, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. SONG K. THONGTHIP, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 95-1-00856-2, Daniel J. Berschauer, J., entered October 27, 1995. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton, C.J., and Armstrong, J.


[No. 20092-9-II.    Division Two.    May 23, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES WOLFGANG PRESSNELL, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 95-1-00404-8, Milton R. Cox, J., entered November 3, 1995. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Bridgewater, A.C.J., and Morgan, J.


[Nos. 20282-4-II; 21737-6-II.    Division Two.    May 23, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRY LEE KEENE, *Appellant*.

*In the Matter of the Personal Restraint of* TERRY LEE KEENE, *Petitioner*.

Appeal from a judgment of the Superior Court for Clark County, No. 95-1-00868-2, Barbara D. Johnson, J., entered January 5, 1996, together with a petition for relief from personal restraint. *Reversed* by unpublished opinion per Armstrong, J., concurred in by Houghton, C.J., and Seinfeld, J. Now published at 86 Wn. App. 589.